IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE P. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LELAND DUDEK, Acting | : | NO.  23-2098 |
| Commissioner of Social Security | : | |

**O R D E R**

AND NOW, this 27th day of March 2025, upon consideration of Plaintiff's

request for review (Doc.10) and the response (Doc. 11), and after careful consideration of

the administrative record (Doc. 9), IT IS HEREBY ORDERED that:

1.  Judgment is entered affirming the decision of the Commissioner of Social
    Security and the relief sought by Plaintiff is DENIED; and

2.  The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/a/ Elizabeth T. Hey

_____

ELIZABETH T. HEY, U.S.M.J.